# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153696(64)(65)(67)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                       SC:  153696
                                                        COA:  325449
                                                        Gratiot CC:  14-007061-FH
DAVID ALLEN SNYDER,
            Defendant-Appellant.
_____/

On order of the Court, the motions of William Sim Spencer to file a brief amicus curiae and to waive the filing fee are GRANTED.  The amicus brief submitted on October 23, 2018 is accepted for filing.  On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before November 27, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk